191 So. 922

### Reuben SPURLING v. STATE.

### 7 Div. 597.

Supreme Court of Alabama.

Oct. 19, 1939.

Rehearing Denied Nov. 23, 1939.

Motley & Motley, of Gadsden, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

GARDNER, Justice.

Petition of Reuben Spurling for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Spurling v. State, Ala.App., 191 So. 920.

Writ denied.

ANDERSON, ·C. J., and THOMAS, BOULDIN, BROWN, and FOSTER, JJ., concur.